IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DELTA CAREER EDUCATION | ) | Case No. 18-33822-KLP |
| CORP., *et al.*, | ) | Chapter 7 |
| | ) | |
| *Debtors*. | ) | (Jointly Administered) |
| | ) | |
| HARRY SHAIA, JR., Trustee, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 20-03113-KLP |
| | ) | |
| DIXON HUGHES GOODMAN, LLP, | ) | |
| | ) | |
| *Defendant*. | ) | |

**NOTICE OF DISMISSAL**
(Dixon Hughes Goodman, LLP)

**THIS DAY CAME** Harry Shaia, Jr., Trustee (the "**Trustee**") for the bankruptcy estates of

Delta Career Education Corp., *et al.*, Debtors, and represented unto the Court as follows:

Vernon E. Inge, Jr. (Va. State Bar No. 32699)
Corey S. Booker (Va. State Bar No. 73419)
Robert N. Drewry (Va. State Bar No. 91282)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
Two James Center
1021 East Cary Street, Suite 1700
Richmond, Virginia 23219
Telephone:       804.977.3301
Facsimile:       804.977.3291
E-Mail:          vinge@wtplaw.com
E-Mail:          cbooker@wtplaw.com
E-mail:          rdrewry@wtplaw.com

*Special Litigation Counsel for Harry Shaia, Jr., Chapter 7 Trustee*

1.    On October 29, 2020,[1] the Court entered an Order Approving Motion for Compromise and Settlement of Avoidance Action Claims (Dixon Hughes Goodman, LLP) [DN 180] between the Trustee and Dixon Hughes Goodman, LLP ("**DHG**," and collectively with the Trustee, the "**Parties**") resolving Adversary Proceeding Case No. 20-03113;

2.    All conditions precedent to the settlement and compromise have been met;

3.    The Parties have fulfilled the obligations in the Settlement Agreement; and

4.    The Parties have settled and resolved all issues in dispute in connection with the above-styled matter.

WHEREFORE, Plaintiff, Harry Shaia, Jr., Chapter 7 Trustee, requests that this Court enter an order in the form attached hereto as **Exhibit A** that the Adversary Proceeding be dismissed with prejudice to all Parties and claims and that a final judgment be entered pursuant to Bankruptcy Rule 7054 and Fed. R. Civ. P. 54(b).

Dated: November 18, 2020                    HARRY SHAIA, JR., CHAPTER 7 TRUSTEE

                                            _____*/s/ Robert N. Drewry*_____
                                            Counsel

Vernon E. Inge, Jr. (Va. Bar No. 32699)
Corey S. Booker (Va. Bar No. 73419)
Robert N. Drewry (Va. Bar No. 91282)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1021 East Cary Street, Suite 1700
Richmond, Virginia 23219
Telephone:    804.977.3301
Facsimile:    804.977.3291
E-Mail:       vinge@wtplaw.com
E-Mail:       cbooker@wtplaw.com
E-Mail:       rdrewry@wtplaw.com

*Special Litigation Counsel for Harry Shaia, Jr., Chapter 7 Trustee*

---

[1]    Judge Phillips entered this Order on October 28, 2020, and the Court filed it on October 29, 2020.

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2020, a true and correct copy of the foregoing **Notice of Dismissal (Dixon Hughes Goodman, LLP)** was served on all persons receiving electronic notices of these cases and/or by e-mail transmission or first-class, postage-prepaid, U.S. mail, including the following:

| | |
|---|---|
| *Counsel to the Trustee:* | William A. Broscious, Esq.<br>KEPLEY BROSCIOUS & BIGGS, PLC<br>2211 Pump Road<br>Richmond, Virginia 23233 |
| *Counsel to the Assistant U.S. Trustee:* | Shannon Pecoraro, Esq.<br>OFFICE OF THE U.S. TRUSTEE<br>701 East Broad Street, Suite 4304<br>Richmond, Virginia 23219 |
| *Counsel for the Debtors:* | Loc Pfeiffer, Esq.<br>Peter J. Barrett, Esq.<br>KUTAK ROCK LLP<br>901 East Byrd Street, Suite 1000<br>Richmond, Virginia 23219 |
| *Counsel for Dixon Hughes Goodman, LLP:* | James R. Hundley, Esq.<br>WYATT EARLY HARRIS WHEELER<br>1912 Eastchester Drive, Suite 400<br>High Point, North Carolina 27265 |

_____*/s/ Robert N. Drewry*_____
Robert N. Drewry

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DELTA CAREER EDUCATION | ) | Case No. 18-33822-KLP |
| CORP., *et al.*, | ) | Chapter 7 |
| | ) | |
| *Debtors.* | ) | (Jointly Administered) |
| | ) | |
| HARRY SHAIA, JR., Trustee, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 20-03113-KLP |
| | ) | |
| DIXON HUGHES GOODMAN, LLP, | ) | |
| | ) | |
| *Defendant.* | ) | |

## ORDER GRANTING TRUSTEE'S NOTICE OF DISMISSAL
## (DIXON HUGHES GOODMAN, LLP)

**THIS DAY CAME** Plaintiff, Harry Shaia, Jr., Chapter 7 Trustee ("**Trustee**") for the

bankruptcy estates of Delta Career Education Corp., *et al.*, Debtors, upon his Notice of Dismissal

(Dixon Hughes Goodman, LLP) filed herein on November 18, 2020. It appearing to the Court that:

---

Vernon E. Inge, Jr. (Va. State Bar No. 32699)
Corey S. Booker (Va. State Bar No. 73419)
Robert N. Drewry (Va. State Bar No. 91282)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
Two James Center
1021 East Cary Street, Suite 1700
Richmond, Virginia 23219
Telephone:        804.977.3301
Facsimile:        804.977.3291
E-Mail:        vinge@wtplaw.com
E-Mail:        cbooker@wtplaw.com
E-mail:        rdrewry@wtplaw.com

*Special Litigation Counsel for Harry Shaia, Jr., Chapter 7 Trustee*

1.       All conditions precedent to the settlement and compromise between the Trustee and

Dixon Hughes Goodman, LLP ("**DHG**," and collectively with the Trustee, the "**Parties**") have

been met;

2.       The Parties have fulfilled the obligations in the Settlement Agreement; and

3.       The Parties have settled and resolved all issues in dispute in connection with the

above-styled matter.

**UPON CONSIDERATION** of the foregoing, it is hereby:

**ORDERED** that the Adversary Proceeding shall be **DISMISSED WITH PREJUDICE**.

The Court finds that there is no just reason for delay, and, accordingly, this Order and Judgment

shall be **FINAL** as provided for by Bankruptcy Rule 7054 and Fed. R. Civ. P. 54(b).


Dated: _____
Richmond, Virginia                          _____
                                            UNITED STATES BANKRUPTCY JUDGE

2

**WE ASK FOR THIS:**

/s/ *Robert N. Drewry*
Vernon E. Inge, Jr. (Va. Bar No. 32699)
Corey S. Booker (Va. Bar No. 73419)
Robert N. Drewry (Va. Bar No. 91282)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1021 East Cary Street, Suite 1700
Richmond, Virginia 23219
Telephone:      804.977.3301
Facsimile:      804.977.3291
E-Mail:         vinge@wtplaw.com
                cbooker@wtplaw.com
                rdrewry@wtplaw.com

*Special Litigation Counsel for Harry Shaia, Jr., Chapter 7 Trustee*

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify that the foregoing proposed Order has been endorsed by or served upon all necessary parties.

/s/ *Robert N. Drewry*
Robert N. Drewry

## SERVICE LIST

*Counsel to the Trustee:*          William A. Broscious, Esq.
                                   KEPLEY BROSCIOUS & BIGGS, PLC
                                   2211 Pump Road
                                   Richmond, Virginia 23233

*Counsel to the Assistant*
*U.S. Trustee*:                    Shannon Pecoraro, Esq.
                                   OFFICE OF THE U.S. TRUSTEE
                                   701 East Broad Street, Suite 4304
                                   Richmond, Virginia 23219

*Counsel for the Debtors*:         Loc Pfeiffer, Esq.
                                   Peter J. Barrett, Esq.
                                   KUTAK ROCK LLP
                                   901 East Byrd Street, Suite 1000
                                   Richmond, Virginia 23219

*Counsel for Dixon Hughes*         James R. Hundley, Esq.
*Goodman, LLP*:                    WYATT EARLY HARRIS WHEELER
                                   1912 Eastchester Drive, Suite 400
                                   High Point, North Carolina 27265